IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NUMBER: 7:12-CR-38 (HL) |
| : | |
| CURTIS L. LAWRENCE : | |
| _____ : | |

## ORDER OF CONTINUANCE

The defendant in the above-styled case was indicted on October 10, 2012. However, defendant did not make his initial appearance in United States District Court until February 22, 2013, and was later arraigned on February 27, 2013 after counsel for defendant entered his appearance in the case. Discovery has been provided to defendant and the parties continue to actively engage in plea negotiations aimed at resolving the matter. The defendants are not currently in custody. The parties have jointly moved of this continuance to permit time to resolve the matter.

Accordingly, IT IS HEREBY ORDERED that the above-referenced matter be continued hereafter to the next regularly scheduled term of Court for the Valdosta Division of this district and that any delay occasioned by the continuance be deemed excusable delay pursuant to 18 U.S.C. § 3161(h).

It is the Court's finding that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The Court finds that failure to grant such continuance could result in a miscarriage of justice, 18 U.S.C. § 3161(h)(8)(B)(i), and that failure to grant such continuance would deny counsel for the defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § (h)(8)(B)(iv).

SO ORDERED, this 12th day of March, 2013.

s/Hugh Lawson
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

Presented by:
/s/ROBERT D. McCULLERS
ROBERT D. McCULLERS
ASSISTANT UNITED STATES ATTORNEY